# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| GREGG BOCHAT, and PHILIP SIMONS on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs-Appellants,<br>   v.<br><br>AMBIT ILLINOIS, LLC, VISTRA CORP, VOLT ENERGY COMPANY, INC.,<br><br>            Defendants-Respondents. | Appellate Case No. 25-1325<br>District Court Case No.: 1:24-cv-03116<br><br>**AMENDED DOCKETING STATEMENT** |

Plaintiffs Gregg Bochat and Philip Simons hereby submit this amended docketing statement pursuant to the United States Court of Appeals for the Seventh Circuit Rule of Appellate Procedure 3(c):

1. This appeal is taken from the rulings on Defendants' Motion to Dismiss of the U.S. District Court for the Northern District of Illinois, entered on January 27, 2025 by the Honorable Judge Manish S. Shah.

2. Plaintiff Gregg Bochat is a citizen and resident of Illinois residing in Crystal Lake, Illinois. Plaintiff Philip Simons is a citizen and resident of Illinois residing in Skokie, Illinois.

3. Defendant Vistra Corp. is a Delaware corporation with its principal place of business in Irving, Texas. Irrespective of the citizenship of the other Defendants, this establishes the subject matter jurisdiction of the district court as required under the Class Action Fairness Act (28 U.S.C. § 1332(d)) because the matter in controversy exceeds the sum or value of $5,000,000, exclusive of interest and at least one member of the proposed class is a citizen of a state different from Defendant Vistra Corp.

1

4. As to the amount in controversy, in 2014 alone, Ambit had more than 38,000 customers in Illinois like Plaintiffs. Both Plaintiffs allege that they were overcharged by more than $250 per year as an Ambit customer. Extrapolated to Ambit's other customers, Ambit overcharged its customers by more than $19 million per year. The class period for the proposed class is at least as long as the 10 year statute of limitations period.

5. On information and belief and based on an investigation by counsel, Defendant Volt Energy Company, LLC (listed in the caption as Volt Energy Company, Inc.) is a Delaware limited liability company whose sole member is non-party Vistra Operations Company, LLC. Vistra Operations Company, LLC is a Delaware limited liability company whose sole member is Defendant Vistra Corp (a Delaware corporation with its principal place of business in Irving, Texas).

6. On information and belief and based on an investigation by counsel, Defendant Ambit Illinois, LLC is a Delaware limited liability company whose sole member is non-party Vistra Operations Company, LLC. Vistra Operations Company, LLC is a Delaware limited liability company whose sole member is Defendant Vistra Corp. (a Delaware corporation with a principal place of business in Irving, Texas).

7. The Court of Appeals has jurisdiction in this matter pursuant to 28 U.S.C. § 1292.

8. The Notice of Appeal was filed with the District Court on February 26, 2025.

9. There are no prior appellate proceedings in this matter.

10. There are no related cases or appeals pending in any court.

11. No motions for a new trial or to reconsider the judgement were filed.

12. No motions to extend the time to appeal were filed.

Dated: April 4, 2025
      White Plains, New York

                                    Respectfully submitted,

**FINKELSTEIN, BLANKINSHIP,**
**FREI-PEARSON & GARBER, LLP**

By:   */s/ D. Greg Blankinship*
      D. Greg Blankinship
      One North Broadway, Suite 900
      White Plains, New York 10601
      Tel: (914) 298-3290
      gblabkinship@fbfglaw.com

**WITTELS MCINTURFF PALIKOVIC**
J. Burkett McInturff
Nathan Rice
305 Broadway, 7th Floor
New York, New York 10007
Telephone: (914) 775-8862
jbm@wittelslaw.com
nar@wittelslaw.com

*Attorneys for Plaintiffs and the Proposed Class*