**FBFG** | **Finkelstein, Blankinship, Frei-Pearson & Garber, LLP**

One North Broadway, Suite 900
WHITE PLAINS, NY 10601
Phone: (914) 298-3281
Fax: (845) 562-3492
www.fbfglaw.com

April 4, 2025

**BY ECF**
Everett McKinley Dirksen
United States Courthouse
Room 2722 – 219 S. Dearborn Street
Chicago, Illinois 60604

      **Re:**    *Gregg Bochat, et al v. Ambit Illinois, LLC, et al.*, **Case No. 25-1325**

Dear Clerk of Court,

      This firm represents Plaintiffs-Appellants ("Appellants") in the above-referenced appeal. Appellants write regarding the Court's March 28, 2025 order, ordering appellant to show cause for his failure to respond to the Court's order of March 13, 2025 to file an amended docketing statement.

      The undersigned counsel apologizes to the Court, and regrets any inconvenience caused by counsel's failure to respond the March 13, 2025 order. That failure was due to a calendaring error that was solely the fault of the undersigned. This oversight was unintentional and has since been rectified. We have taken steps to ensure that all future communications from the Court are promptly received and addressed.

      Appellants respectfully request that the Court accept this response and allow the appeal to proceed. We assure the Court that we will comply with all future deadlines and orders.

      We thank the Court for your attention to this matter.

      Respectfully submitted,

      **FINKELSTEIN, BLANKINSHIP,**
      **FREI-PEARSON & GARBER, LLP**

By:    */s/ D. Greg Blankinship*
      D. Greg Blankinship
      One North Broadway, Suite 900
      White Plains, New York 10601
      Tel: (914) 298-3290
      gblabkinship@fbfglaw.com

      **WITTELS MCINTURFF PALIKOVIC**
      J. Burkett McInturff
      Nathan Rice
      305 Broadway, 7th Floor
      New York, New York 10007

Telephone: (914) 775-8862
jbm@wittelslaw.com
nar@wittelslaw.com

*Attorneys for Plaintiffs-Appellants and the Proposed Class*